446 F.2d 651
 UNITED STATES of America, Plaintiff-Appellee,
v.
Thomas Ewan DEBARRE, Defendant-Appellant.
No. 71-1740 Summary Calendar.*
*Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409.
 United States Court of Appeals, Fifth Circuit.
 Aug. 16, 1971.
 
 Max P. Engel, John A. Boccabella, Miami, Fla., for defendant-appellant.
 Robert W. Rust, U.S. Atty., William C. White, First Asst. U.S. Atty., Miami, Fla., for plaintiff-appellee.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966